STATE, Appellant v. HOEBELHEINRICH et al., Respondents

(141 N.W.2d 775)

(File No. 10210.  Opinion filed April 8, 1966)

**Frank L. Farrar,** Atty. Gen., Pierre, for plaintiff and appellant.

**J. W. Grieves,** Winner, **George F. Johnson,** Gregory, **R. C. Riter,** of **Stephens, Riter, Mayer & Hofer,** Pierre, for defendants and respondents.

PER CURIAM.

The appeal in the above matter was perfected on November 9, 1964. Time for settling the record was extended to March 1, 1965. More than forty days have elapsed since that late and the record is still not settled. By virtue of SDC 1960 Supp. 33.0741 the appeal is deemed abandoned.

Our order is that the appeal be dismissed and the order of the trial court entered November 9, 1964 is affirmed.